A96A2536. STERLING v. THE STATE.
(478 SE2d 145)

MCMURRAY, Presiding Judge.

Defendant Sterling appeals his conviction of two counts of aggravated assault. The sole enumeration of error maintains that defendant was denied effective assistance of counsel. *Held:*

However, defendant's trial counsel was not heard on this issue at the motion for new trial hearing, and for this reason, there is nothing for us to address on appeal. *Williams v. State*, 251 Ga. 749, 809 (20) (312 SE2d 40); *Brown v. State*, 251 Ga. 598, 600 (3), 601 (308 SE2d 182); *Simpson v. State*, 250 Ga. 365, 367 (2) (297 SE2d 288); *Query v. State*, 217 Ga. App. 61, 65 (7) (456 SE2d 704).

*Judgment affirmed. Johnson and Ruffin, JJ., concur.*

DECIDED NOVEMBER 6, 1996.

*Rees R. Smith*, for appellant.

*J. Tom Morgan*, District Attorney, *Robert M. Coker, Elisabeth G. Macnamara*, Assistant District Attorneys, for appellee.